1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11    DONALD BERGESON,                          1:15-cv-01595-BAM (HC)

12                    Petitioner,

13         v.                                    ORDER TRANSFERRING CASE TO THE
                                                 SACRAMENTO DIVISION OF THE
14    THE PEOPLE OF CALIFORNIA,                  EASTERN DISTRICT OF CALIFORNIA

15                    Respondent.

16

17
             Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to
18
      28 U.S.C. § 2254.
19
             The petitioner is challenging a conviction from Sacramento County, which is part of the
20
      Sacramento Division of the United States District Court for the Eastern District of California.
21
      Therefore, the petition should have been filed in the Sacramento Division.
22
             Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper
23
      court may, on the court's own motion, be transferred to the proper court. Therefore, this action
24
      will be transferred to the Sacramento Division. Good cause appearing, IT IS HEREBY
25
      ORDERED that:
26
             1.  This action is transferred to the United States District Court for the Eastern District of
27
      California sitting in Sacramento; and
28

                                                    1

1        2.  All future filings shall reference the new Sacramento case number assigned and shall

2   be filed at:

3                              United States District Court
                             Eastern District of California
                             501 "I" Street, Suite 4-200
4                              Sacramento, CA 95814

5

6

7   IT IS SO ORDERED.

8       Dated:   __October 21, 2015__              ___ /s/ *Barbara A. McAuliffe*  ___

9                                                   UNITED STATES MAGISTRATE JUDGE

2